AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2020 JAN -8  ᴾ 1:29

UNITED STATES OF AMERICA

V.

KEVIN DOUGLAS KUYKENDALL

**WARRANT FOR ARREST**

Case Number: 3:20-cr-00002-X (01)

2020 JAN 10 PM 1:51
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __Kevin Douglas Kuykendall__
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)
Conspiracy to Solicit and Receive Illegal Kickbacks; Soliciting and Receiving Illegal Kickbacks and Aiding and Abetting

in violation of Title  __18; 42__   United States Code, Section(s)  __§ 371; 1320a-7b(b)(1)__

__Karen Mitchell, U.S. District Court Clerk__
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

__U.S. Magistrate Judge Irma Carrillo Ramirez__          __1/8/2020__          __Dallas, TX__
                                                                                              Date                        Location

By:  __s/R. Carter__
         Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Dallas, TX 75242_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/8/2020 | Emily Hutchinson Special Agent | (signature) |
| DATE OF ARREST 1/9/2020 | | |

FBI

1054799