IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:20-CR-00002-X |
| KEVIN KUYKENDALL (1) | § | |

**ORDER**

Before the Court is Defendant's Motion for Temporary Return of Passport (Doc. #108). The Court finds that said motion should be **granted.** The Court will allow Mr. Kuykendall receipt of his passport for twenty-four (24) hours to renew his driver's license. The Clerk of Court shall return said passport to Defendant Kevin Kuykendall or his counsel, Monday, April 18, 2022. Mr. Kuykendall or his counsel shall return said passport to the Clerk of Court on April 19, 2022 by 10:00 a.m.

Signed this 18th day of April, 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

**ORDER** - Solo Page